# United States Court of Appeals
## For the First Circuit

_____

No. 16-2009

UNITED STATES,

Appellee,

v.

HECTOR SERRANO-ACEVEDO,

Defendant, Appellant.

_____

**ERRATA SHEET**


The opinion of this Court, issued on June 13, 2018, is amended as follows:

On page 7, line 17, replace "SWAT time" with "SWAT team"